IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

H&R BLOCK TAX SERVICES LLC,

    Plaintiff,

v.

WILLIAM THOMAS,

    Defendant.

Case No. 18-cv-91

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, H&R Block Tax Services LLC, hereby discloses the following:

1. H&R Block Tax Services LLC is not a publicly traded company. H&R Block Tax Services LLC is a wholly-owned indirect subsidiary of H&R Block, Inc., which is a publicly traded company. BlackRock, Inc., through its subsidiaries, is the beneficial owner of more than 10 percent of the common stock of H&R Block, Inc.[1]

2. Plaintiff has no partially-owned subsidiaries or affiliates that have issued shares to the public.

DATED: February 2, 2018

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: */s/ Anthony J. Durone*
    Anthony J. Durone (MO Bar #43872)
    Stacey R. Gilman (MO Bar #55690)

---

[1] Information as to BlackRock, Inc.'s ownership is as of December 31, 2016 and is furnished in reliance on the Schedule 13G/A of BlackRock, Inc., filed with the Securities and Exchange Commission on January 12, 2017.

2600 Grand Boulevard Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
adurone@berkowitzoliver.com
sgilman@berkowitzoliver.com

***Attorneys for Plaintiff H&R Block Tax Services LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2018, the above and foregoing was filed on the Court's ECF system and will be provided to a certified Process Server with instructions to hand deliver copies to:

William Thomas
8661 Newborn Way
Douglasville, GA 30134

*/s/ Anthony J. Durone*
***Attorney for Plaintiff H&R Block Tax Services LLC***